

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2015

No. 04-14-00650-CV

Michael A. **CERNY** and Myra L. Cerny,
Individually and as Next Friends of Cameron A. Cerny, A Child,
Appellants

v.

**MARATHON OIL CORPORATION**,
Marathon Oil EF LLC, and Plains Exploration & Producing Company,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-05-00118-CVK
Honorable Stella Saxon, Judge Presiding

## ORDER

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Luz Elena D. Chapa, Justice[1]

The Court has considered the Motion for Rehearing filed by Appellants, Michael A. Cerny and Myra L. Cerny, Individually and as Next Friend of Cameron A. Cerny, a Child, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2015.

---

[1] Dissents to the denial of the motion for rehearing without requesting a response.  *See* TEX. R. APP. P. 49.2.



Keith E. Hottle
Clerk of Court